UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ALEXANDER )<br>     Plaintiff,       )<br>                              )<br>v.                          )   Civil Action No. 1:15-cv-11866-NMG<br>                              )<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC     )<br>     Defendant,      )<br>                              ) | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Robert Alexander ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated:  August 4, 2015                    RESPECTFULLY SUBMITTED:
                                                              /s/ Kevin V. K. Crick
                                                              Kevin V. K. Crick, Esq.
                                                              Rights Protection Law Group, PLLC
                                                              8 Faneuil Hall Marketplace, Third Floor
                                                              North Andover, MA 02109
                                                              Phone: (978) 420-4068
                                                              Fax: (857) 488-4062
                                                              Email:  k.crick@rightsprotect.com
                                                              Attorney for Plaintiff

## **PROOF OF SERVICE**

I hereby certify that on August 4, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.